# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Shelly Sealy<br>Michael Sealy**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00143-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Christiana Trust<br>Fay Servicing, LLC<br>Ocwen Mortgage Servicing, Inc.**,**<br>Defendant(s). | )<br><br><br>) | |

DECISION BY COURT. This action having come before the Court on Motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 19, 2017 Order.

October 19, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court